WILLIAM E. BRIGGS, Respondent, v. GENERAL MINING, MILLING & POWER COMPANY, Defendant. BLENDA BAGGE, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Dore, J., dissents and votes to reverse and send the issues to an official referee to hear and report to Special Term.

JOSE B. CALVA and GEORGE W. BENZ, Respondents, v. ARTHUR LASKIN and Another, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

MAX BELL, Respondent, v. SPEAR PAPER & TWINE Co., INC., Appellant.— Order, so far as appealed from, unanimously modified by denying item 4 of the notice of motion, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

SADIE JOY MARIANI, Respondent, v. PAUL MARIANI, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

ERNA WERNER and OTTO WERNER, Appellants, v. GIMBEL BROS., INC., Respondent.— Order unanimously modified by vacating item 2 of plaintiffs' demand for a bill of particulars but allowing items 1 and 3, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants; verified bill of particulars to be served within ten days after service of order with notice of entry. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

AARON RAPPAPORT, Appellant, v. THE PUBLICIST, INC., and M. J. KURTZ, Defendants, Impleaded with C. G. WEBB, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

GLADYS LIEBERMAN, Appellant, Respondent, v. MAURICE B. LIEBERMAN, Respondent, Appellant.— Order, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon and Dore, JJ.

GLADYS LIEBERMAN, Appellant, Respondent, v. MAURICE B. LIEBERMAN, Respondent, Appellant.— Order entered February 7, 1942, unanimously modified by striking therefrom the provision permitting the defendant to purge himself of contempt by the payment of arrears of alimony at the rate of ten dollars a week and granting the full relief demanded in items " 1 " and " 4 " of the order to show cause dated January 8, 1942; otherwise, affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon and Dore, JJ.

RUTH HARDING, Appellant, v. VIVIENNE SEGAL, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

CLARA S. BRIDGE, Appellant, v. HARRY NEWMAN, Also Known as HARRY M. NEWMAN, Respondent.— Orders unanimously reversed, with twenty dollars costs and disbursements, and motion to dismiss the complaint denied. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.